# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Coleman,                                Civil No. 09-1103 (DWF/RLE)

          Petitioner,

v.                                              **ORDER**

Joan Fabian and Robert Feneis,

          Respondents.

---

Douglas Coleman, *Pro Se*, Petitioner.

Matthew Frank, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Respondents.

---

      Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

      **IT IS HEREBY ORDERED** that:

      1.    The Petitioner's Application for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

      2.    The Petitioner's Application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

      3.    That the Petitioner's Motion for Appointment of Counsel (Doc. No. 3) is **DENIED**.

4. That this action is summarily **DISMISSED**, but **WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 18, 2009
s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court